1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   VICTOR T. PILTCH
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION**

10 | VICTOR T. PILTCH, | Case No.  C06-03233-MHP-JCS |

11 |             Plaintiff, | |

12 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

13 | NATIONAL ONE CREDIT CORP., a New York corporation, ITAHY DAVID MATTEN, individually and in his official capacity, STEVEN HARRIS GLASSBERG, individually and in his official capacity, HANNA J. MATATYAHO, individually and in his official capacity, and DALIT J. MATATYAHO, individually and in his official capacity, | Fed. R. Civ. P. 41(a)(1) |

18 |             Defendants. | |

19

20      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, VICTOR T. PILTCH, and Defendants,

21 NATIONAL ONE CREDIT CORP., ITAHY DAVID MATTEN, STEVEN HARRIS GLASSBERG,

22 HANNA J. MATATYAHO, and DALIT J. MATATYAHO, stipulate, and the Court hereby orders,

23 as follows:

24      1.     The dispute between the parties has been settled, therefore, the claims asserted

25 by Plaintiff, VICTOR T. PILTCH, against Defendants, NATIONAL ONE CREDIT CORP., ITAHY

26 DAVID MATTEN, STEVEN HARRIS GLASSBERG, HANNA J. MATATYAHO, and DALIT

27 J. MATATYAHO, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant

28 to Fed. R. Civ. P. 41(a)(1).

-2-

1  Dated: July 10, 2006                    /s/ Fred W. Schwinn
                                           Fred W. Schwinn, Esq.
2                                          Attorney for Plaintiff
                                           VICTOR T. PILTCH
3

4  Dated: July 10, 2006                    /s/ Tomio B. Narita
                                           Tomio B. Narita
5                                          Attorney for Defendants
                                           NATIONAL ONE CREDIT CORP.,
6                                          ITAHY DAVID MATTEN,
                                           STEVEN HARRIS GLASSBERG,
7                                          HANNA J. MATATYAHO, and
                                           DALIT J. MATATYAHO
8

9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10

11 Dated: July 11, 2006
                                           The Honorable Marilyn H. Patel
12                                         Judge of the District Court

   IT IS SO ORDERED
   Judge Marilyn H. Patel

   (Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)